■ RICHARD HARTRANFT, Respondent, v GREGORY MARTIN et al., Appellants. [815 NYS2d 865]—Appeal from an order of the Supreme Court, Ontario County (James R. Harvey, A.J.), entered July 18, 2005. The order, among other things, granted plaintiff's motion for partial summary judgment on the issue of liability on the Labor Law § 240 (1) cause of action.

It is hereby ordered that the order so appealed from be and the same hereby is unanimously affirmed without costs for the reasons stated in decision at Supreme Court. Present—Pigott, Jr., P.J., Scudder, Kehoe, Smith and Pine, JJ.